# PATRIOT
### GROWTH INSURANCE SERVICES LLC

501 Office Center Drive  
Suite 215  
Fort Washington, PA 19034

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/16/2024 |
| Period End Date | 01/31/2024 |
| Pay Date | 01/31/2024 |
| Document | 102726938 |

**Net Pay**  $2,039.84

## Pay Details

**JANE E BONNER**  
206 MARIE ROAD  
WEST CHESTER, PA 19380  
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000001643 | Pay Group | Salaried Group | |
| SSN | XXX-XX-0381 | Location | Safegard | |
| Job | Account Exec | Agency | 62 - Safegard | |
| Pay Rate | $58.8141 | Region | NE - North East | |
| Pay Frequency | Semi-Monthly | Division | 30D - CL - Middle Market | |
| | | Department | 30 - Property & Casualty | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| HSA Employer | | $125.00 | $250.00 |
| LTD Imputed | | $20.24 | $40.48 |
| Paid Time Off | 0.0000 | $0.00 | $941.03 |
| Regular Pay | 65.0000 | $3,822.92 | $6,704.81 |

**Total Hours** 65.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $305.83 | $611.66 | $0.00 | $0.00 |
| 401k Loan 1 | No | $172.56 | $345.12 | $0.00 | $0.00 |
| 401k Loan 2 | No | $339.69 | $679.38 | $0.00 | $0.00 |
| Dental | Yes | $40.53 | $81.06 | $16.61 | $33.22 |
| HSA | Yes | $100.00 | $200.00 | $125.00 | $250.00 |
| HSA Employer | No | $125.00 | $250.00 | $0.00 | $0.00 |
| LTD Imputed | No | $20.24 | $40.48 | $0.00 | $0.00 |
| Medical | Yes | $262.72 | $525.44 | $1,003.38 | $2,006.76 |
| Vision | Yes | $7.17 | $14.34 | $2.98 | $5.96 |
| 401K ER Match | Yes | $0.00 | $0.00 | $152.92 | $305.84 |
| Basic EE Life | No | $0.00 | $0.00 | $4.25 | $8.50 |
| LTD | No | $0.00 | $0.00 | $20.24 | $40.48 |
| STD | Yes | $0.00 | $0.00 | $0.70 | $1.40 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $147.40 | $294.80 |

Please give me a call with any questions.

Thank You



# James A. Daloisio
**Chief Financial Officer**

The Pietrini Corporation
111 E. Church Road
King of Prussia, PA 19406

Office: (610) 265-2110
Fax: (610) 265-6068
Mobile: (609) 685-0648

14

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $49.78 | $99.55 |
| Social Security Employee Tax | $212.83 | $425.66 |
| PA State Income Tax | $105.38 | $210.76 |
| MIDDLETOWN | $34.33 | $68.66 |
| MIDDLETOWN TWP | $1.75 | $3.50 |
| ROSE TREE MEDIA SD | $0.42 | $0.84 |
| PA Unemployment Employee | $2.69 | $5.38 |

**Paid Time Off**

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8807 | Checking | $2,039.84 |
| Total | | $2,039.84 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,968.16 | $3,126.91 | $554.58 | $1,373.74 | $2,039.84 |
| YTD | $7,936.32 | $6,253.82 | $1,109.15 | $2,747.48 | $4,079.69 |



No additional social media accounts were matched to Claimant.

**Harsinie Panditaratne**
Managing Partner
hp@h-plaw.com
**cell: 215-565-1055**
fax: 215-695-2044
www.h-plaw.com



Proudly Serving Pennsylvania & New Jersey since 2015

Please send all correspondence (including pleadings, discovery, etc.) electronically as our office is completely paperless. Please note our new address: 1055 Westlakes Dr. Suite 300 Berwyn, PA 19312.

---

**From:** Jane Bonner <jbonner@safegardgroup.com>
**Sent:** Tuesday, December 19, 2023 2:28 PM
**To:** Lisa Beretta <Lisa_Beretta@gbtpa.com>; Brittany Morel <bmorel@captiveresources.com>; Katrina Speaker (Mount Laurel) <Katrina_Speaker1@gbtpa.com>

12

# PATRIOT
GROWTH INSURANCE SERVICES LLC

501 Office Center Drive
Suite 215
Fort Washington, PA 19034

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/01/2024 |
| Period End Date | 01/15/2024 |
| Pay Date | 01/12/2024 |
| Document | 100574298 |

**Net Pay    $2,039.85**

## Pay Details

JANE E BONNER
206 MARIE ROAD
WEST CHESTER, PA 19380
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000001643 | Pay Group | Salaried Group | |
| SSN | XXX-XX-0381 | Location | Safegard | |
| Job | Account Exec | Agency | 62 - Safegard | |
| Pay Rate | $58.8141 | Region | NE - North East | |
| Pay Frequency | Semi-Monthly | Division | 30D - CL - Middle Market | |
| | | Department | 30 - Property & Casualty | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| HSA Employer | | $125.00 | $125.00 |
| LTD Imputed | | $20.24 | $20.24 |
| Paid Time Off | 16.0000 | $941.03 | $941.03 |
| Regular Pay | 49.0000 | $2,881.89 | $2,881.89 |

Total Hours  65.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $305.83 | $305.83 | $0.00 | $0.00 |
| 401k Loan 1 | No | $172.56 | $172.56 | $0.00 | $0.00 |
| 401k Loan 2 | No | $339.69 | $339.69 | $0.00 | $0.00 |
| Dental | Yes | $40.53 | $40.53 | $16.61 | $16.61 |
| HSA | Yes | $100.00 | $100.00 | $125.00 | $125.00 |
| HSA Employer | No | $125.00 | $125.00 | $0.00 | $0.00 |
| LTD Imputed | No | $20.24 | $20.24 | $0.00 | $0.00 |
| Medical | Yes | $262.72 | $262.72 | $1,003.38 | $1,003.38 |
| Vision | Yes | $7.17 | $7.17 | $2.98 | $2.98 |
| 401K ER Match | Yes | $0.00 | $0.00 | $152.92 | $152.92 |
| Basic EE Life | No | $0.00 | $0.00 | $4.25 | $4.25 |
| LTD | No | $0.00 | $0.00 | $20.24 | $20.24 |
| STD | Yes | $0.00 | $0.00 | $0.70 | $0.70 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $147.40 | $147.40 |

The Philadelphia Inquirer

**NEWS**

# South Jersey trio charged in assault outside Pat's, Geno's

3 men are charged with aggravated assault and related offenses for allegedly beating up 2 others outside the cheesesteak shops.



Ryan Dorney, Christopher Eaton and Antonio Ragalbuto.

by BY MORGAN ZALOT, Daily News Staff Writer <a href="mailto:zalotm@phillynews.com">zalotm@phillynews.com</a>, 215-854-5928
Published Nov. 5, 2013, 3:00 a.m. ET

A Twitter account (https://twitter.com/rowankicker9) was matched to Claimant. It has not been updated since 2010. There is no relevant information.

11

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $49.77 | $49.77 |
| Social Security Employee Tax | $212.83 | $212.83 |
| PA State Income Tax | $105.38 | $105.38 |
| MIDDLETOWN | $34.33 | $34.33 |
| MIDDLETOWN TWP | $1.75 | $1.75 |
| ROSE TREE MEDIA SD | $0.42 | $0.42 |
| PA Unemployment Employee | $2.69 | $2.69 |

**Paid Time Off**

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8807 | Checking | $2,039.85 |
| Total | | $2,039.85 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,968.16 | $3,126.91 | $554.57 | $1,373.74 | $2,039.85 |
| YTD | $3,968.16 | $3,126.91 | $554.57 | $1,373.74 | $2,039.85 |

Case 24-10421-amc    Doc 12    Filed 03/28/24    Entered 03/28/24 15:32:58    Desc Main
Document    Page 7 of 16



A fourth Instagram account (https://www.instagram.com/antonio.regalbuto.96/) was matched to Claimant. It is private, there is no relevant information on it.



A college football biography (https://www.rowanathletics.com/sports/football/roster/antonio-regalbuto/1915) was matched to Claimant. There is no relevant information on it.



A Philadelphia Inquirer article (https://www.inquirer.com/philly/news/20131105_South_Jersey_trio_charged_in_assault_outside_Pat_s__Geno_s.html) was matched to article explaining assault charges placed on Claimant. It was published 11/5/2013.

10



501 Office Center Drive
Suite 215
Fort Washington, PA 19034

**Pay Statement**

Period Start Date  12/16/2023
Period End Date   12/31/2023
Pay Date          12/29/2023
Document          98196065

**Net Pay    $2,067.29**

## Pay Details

| JANE E BONNER | Employee Number | 000001643 | Pay Group | Salaried Group |
|---|---|---|---|---|
| 206 MARIE ROAD | SSN | XXX-XX-0381 | Location | Safegard |
| WEST CHESTER, PA 19380 | Job | Account Exec | Agency | 62 - Safegard |
| USA | Pay Rate | $58.8141 | Region | NE - North East |
|  | Pay Frequency | Semi-Monthly | Division | 30D - CL - Middle Market |
|  |  |  | Department | 30 - Property & Casualty |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus | 0.0000 | $0.00 | $4,000.00 |
| Expense Reimb | 0.0000 | $0.00 | $326.93 |
| HSA Employer |  | $125.00 | $3,000.00 |
| LTD Imputed |  | $16.28 | $390.72 |
| M&A Transaction | 0.0000 | $0.00 | $14,563.44 |
| Paid Time Off | 16.0000 | $941.03 | $11,955.69 |
| Regular Pay | 49.0000 | $2,881.89 | $80,452.66 |

Total Hours  65.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $267.60 | $6,468.51 | $0.00 | $0.00 |
| 401k Loan 1 | No | $172.56 | $4,141.44 | $0.00 | $0.00 |
| 401k Loan 2 | No | $339.69 | $8,152.56 | $0.00 | $0.00 |
| Dental | Yes | $48.13 | $1,155.12 | $19.11 | $477.75 |
| HSA | Yes | $100.00 | $2,400.00 | $125.00 | $3,000.00 |
| HSA Employer | No | $125.00 | $3,000.00 | $0.00 | $0.00 |
| LTD Imputed | No | $16.28 | $390.72 | $0.00 | $0.00 |
| Medical | Yes | $253.93 | $6,094.32 | $927.27 | $23,181.75 |
| Vision | Yes | $6.68 | $160.32 | $2.98 | $74.50 |
| 401K ER Match | Yes | $0.00 | $0.00 | $152.92 | $3,696.41 |
| Basic EE Life | No | $0.00 | $0.00 | $4.25 | $106.25 |
| LTD | No | $0.00 | $0.00 | $16.28 | $407.00 |
| STD | Yes | $0.00 | $0.00 | $0.70 | $17.50 |






A second Instagram account (https://www.instagram.com/antonioregalbuto/) was matched to Claimant. It is private, there is no relevant information.



A third Instagram account (https://www.instagram.com/tony_tone_215/) was matched to Claimant. It is private, there is no relevant information on it.

9

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $160.21 | $8,640.95 |
| Employee Medicare | $49.74 | $1,472.51 |
| Social Security Employee Tax | $212.69 | $6,296.27 |
| PA State Income Tax | $105.32 | $3,117.75 |
| MIDDLETOWN | $34.30 | $1,015.46 |
| MIDDLETOWN TWP | $1.75 | $42.00 |
| ROSE TREE MEDIA SD | $0.34 | $10.00 |
| PA Unemployment Employee | $2.69 | $77.63 |

**Paid Time Off**

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8807 | Checking | $2,067.29 |
| Total | | $2,067.29 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,964.20 | $3,162.86 | $567.04 | $1,329.87 | **$2,067.29** |
| YTD | $114,689.44 | $95,084.24 | $20,672.57 | $31,962.99 | $62,053.88 |



A fourth Facebook account (https://www.facebook.com/antonio.regalbuto.5) was matched to Claimant. It has not been updated since 2019. There is no relevant information.



An Instagram account (https://www.instagram.com/antonio.regalbuto.5/) was matched to Claimant. It has not been updated since 2019. There is no relevant information.

8



501 Office Center Drive
Suite 215
Fort Washington, PA 19034

**Pay Statement**

Period Start Date: 12/01/2023
Period End Date: 12/15/2023
Pay Date: 12/15/2023
Document: 98194731

**Net Pay    $11,763.20**

## Pay Details

| | | | |
|---|---|---|---|
| JANE E BONNER | Employee Number  000001643 | Pay Group | Salaried Group |
| 206 MARIE ROAD | SSN  XXX-XX-0381 | Location | Safegard |
| WEST CHESTER, PA 19380 | Job  Account Exec | Agency | 62 - Safegard |
| USA | Pay Rate  $58.8141 | Region | NE - North East |
| | Pay Frequency  Semi-Monthly | Division | 30D - CL - Middle Market |
| | | Department | 30 - Property & Casualty |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus | 0.0000 | $0.00 | $4,000.00 |
| Expense Reimb | 0.0000 | $0.00 | $326.93 |
| HSA Employer | | $125.00 | $2,875.00 |
| LTD Imputed | | $16.28 | $374.44 |
| M&A Transaction | | $14,563.44 | $14,563.44 |
| Paid Time Off | 0.0000 | $0.00 | $11,014.66 |
| Regular Pay | 65.0000 | $3,822.92 | $77,570.77 |

Total Hours  65.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $267.60 | $6,200.91 | $0.00 | $0.00 |
| 401k Loan 1 | No | $172.56 | $3,968.88 | $0.00 | $0.00 |
| 401k Loan 2 | No | $339.69 | $7,812.87 | $0.00 | $0.00 |
| Dental | Yes | $48.13 | $1,106.99 | $19.11 | $458.64 |
| HSA | Yes | $100.00 | $2,300.00 | $125.00 | $2,875.00 |
| HSA Employer | No | $125.00 | $2,875.00 | $0.00 | $0.00 |
| LTD Imputed | No | $16.28 | $374.44 | $0.00 | $0.00 |
| Medical | Yes | $253.93 | $5,840.39 | $927.27 | $22,254.48 |
| Vision | Yes | $6.68 | $153.64 | $2.98 | $71.52 |
| 401K ER Match | Yes | $0.00 | $0.00 | $152.92 | $3,543.49 |
| Basic EE Life | No | $0.00 | $0.00 | $4.25 | $102.00 |
| LTD | No | $0.00 | $0.00 | $16.28 | $390.72 |
| STD | Yes | $0.00 | $0.00 | $0.70 | $16.80 |



A third Facebook profile (https://www.facebook.com/profile.php?id=100083250841423) was matched to Claimant.



A photo posted on 10/14/2023 shows Claimant posing with a large fish on a boat. The photos from the other Facebook accounts make it obvious that this is a hobby of the Claimants'.

7

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $3,310.64 | $8,480.74 |
| Employee Medicare | $260.91 | $1,422.77 |
| Social Security Employee Tax | $1,115.62 | $6,083.58 |
| PA State Income Tax | $552.41 | $3,012.43 |
| MIDDLETOWN | $179.94 | $981.16 |
| MIDDLETOWN TWP | $1.75 | $40.25 |
| ROSE TREE MEDIA SD | $0.42 | $9.66 |
| PA Unemployment Employee | $12.88 | $74.94 |

**Paid Time Off**

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8807 | Checking | $11,763.20 |
| Total |  | $11,763.20 |

**Pay Summary**

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $18,527.64 | $17,726.30 | $5,434.57 | $1,329.87 | $11,763.20 |
| YTD | $110,725.24 | $91,921.38 | $20,105.53 | $30,633.12 | $59,986.59 |



A second Facebook profile (https://www.facebook.com/antonio.regalbuto.960 was matched to Claimant. It hasn't been updated since 5/31/2023. There isn't any relevant information.

