BL9873096

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

In Re:     ANDREW BONNER                    Chapter: 13
                                            Bankruptcy No: 24-10421

## WITHDRAWAL OF CLAIM

American Express National Bank, by and through its counsel, withdraws its Proof of Claim Number 6 filed on March 28th, 2024, for account number 1008 and in the amount of $16,475.60.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

DATE:     6/12/2024