Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
### Chapter 13 Case No. 24-10421-AMC

Andrew Bonner  
206 Marie Rd  
West Chester  PA   19380

Petition Filed Date: 02/08/2024  
341 Hearing Date: 04/19/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/20/2024 | $600.00 | | 06/25/2024 | $600.00 | | 07/09/2024 | $600.00 | |
| 07/30/2024 | $600.00 | | | | | | | |

**Total Receipts for the Period:  $2,400.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LAWRENCE S RUBIN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,697.04 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $1,890.50 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $1,687.61 | $0.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $958.60 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $910.48 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $459.30 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $1,630.92 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $756.55 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,100.74 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $5,179.49 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $241.18 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $1,018.08 | $0.00 | $0.00 |
| 14 | SELECT PORTFOLIO SERVICING INC<br>»» 014 | Mortgage Arrears | $153,749.57 | $0.00 | $0.00 |
| 15 | TOWNSHIP OF EAST GOSHEN<br>»» 015 | Secured Creditors | $1,325.10 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10421-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $0.00 | Arrearages: | $600.00 |
| Paid to Trustee: | $300.00 | Total Plan Base: | $140,400.00 |
| Funds on Hand: | $2,700.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.