United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 24-10421-amc

Andrew Bonner   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Apr 18, 2025  Form ID: pdf900  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Bonner, 206 Marie Rd, West Chester, PA 19380-6702 |
| 14882459 | + | East Goshen Township, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 14882627 | + | East Goshen Township, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14882460 | + | East Goshen Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14853565 | + | Twp of East Goshin, c/o Portnoff Law Ass, POB 391, Norristown, PA 19404-0391 |
| 14855819 | + | U.S. Bank N.A., c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14853553 | + | Email/Text: bk@avant.com | Apr 19 2025 00:59:00 | AVANT LLC/WEB BANK, 222 W MERCHANDISE MART PLZ 900,, Chicago, IL 60654-1105 |
| 14868895 | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2025 01:02:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14853559 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2025 01:02:11 | CREDIT ONE BANK, PO BOX 98875,, Las Vegas, NV 89193-8875 |
| 14853554 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2025 01:02:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14853555 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2025 01:02:12 | Capital One, POB 31293, Salt Lake City, UT 84131-0293 |
| 14864461 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2025 01:02:12 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14853558 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2025 01:02:04 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14853556 | | Email/Text: BNSFN@capitalsvcs.com | Apr 19 2025 00:58:00 | CCS/FIRST NATIONAL BANK, 500 E 60TH ST N,, Sioux Falls, SD 57104 |
| 14853557 | | Email/Text: BNSFS@capitalsvcs.com | Apr 19 2025 00:58:00 | CCS/FIRST SAVINGS BANK, 500 E 60TH ST N,, Sioux Falls, SD 57104 |
| 14868259 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2025 00:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14873791 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2025 01:02:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 24-10421-amc    Doc 60    Filed 04/20/25    Entered 04/21/25 00:31:15    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14863454 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2025 01:02:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14853561 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2025 01:02:04 | MERRICK BANK CORP, PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 14874526 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2025 01:02:11 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14853562 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 19 2025 01:02:10 | PREMIER BKCRD/FIRST PREMIER, 601 S MINNESOTA AVE, Sioux Falls, SD 57104-4824 |
| 14853563 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 01:02:10 | SYNCB/SLEEP NUMBER, C/O P O BOX 965036, Orlando, FL 32896-0001 |
| 14853564 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 01:02:17 | SYNCB/VNMO, PO BOX 965015, Orlando, FL 32896-5015 |
| 14875229 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 19 2025 01:02:10 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14875675 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 19 2025 00:59:00 | U.S. Bank N.A., as trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14853566 | + | Email/Text: bkteam@selenefinance.com | Apr 19 2025 00:58:00 | U.S. Bank Trust National Association, 3501 Olympus Boulevard, 5th Fl, Ste 300, Coppell, TX 75019-6156 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14853560 | | Jane E Bonner |
| 14853567 | | US Bank |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | East Goshen Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 18, 2025 | Form ID: pdf900 | Total Noticed: 28 |

JAMES RANDOLPH WOOD
    on behalf of Creditor East Goshen Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

LAWRENCE S. RUBIN
    on behalf of Debtor Andrew Bonner echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        Chapter 13
   ANDREW BONNER,                    :

         Debtor(s)                          :        Bky. No. 24-10421-AMC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: April 18, 2025

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE