UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Andrew Bonner					: Chapter 13

       Debtor					: Bky No. 24-10421 AMC

<u>Certification of No Response to Application for
Compensation and Reimbursement of Expenses</u>

    The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from service upon the debtor's Application for Compensation and that no creditor, nor any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

                           **s/Lawrence S. Rubin, Esquire**
                           Lawrence S. Rubin, Esquire
                           Attorney for Debtor
                           337 West State Street
                           Media, PA 19063
                           Phone No: (610) 565-6660

**Lawrence S. Rubin
Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com