UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Andrew Bonner : Chapter 13

Debtor : Bky No. 24-10421 AMC

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

  1. The Application is **GRANTED**.

  2. Compensation is **ALLOWED** in favor of the Applicant in the total amount of **$4,725.00.**

  **3.** The Chapter 13 Trustee is authorized to distribute to the Applicant the balance owed in the amount of $2,725.00 on the allowed compensation set forth in ¶2 above, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

_____
Ashely M. Chan

Dated:  May 21, 2025

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com